**Order filed May 8, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00280-CV

———————

## LEROY STROMAN, Appellant

## V.

## ROBERT RUSSELL TAUTENHAHN INDEPENDENT EXECUTOR OF THE ESTATE OF ROBERT L. WRIGHT, DECEASED, Appellee

---

**On Appeal from the County Court at Law No. 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI48098**

---

# O R D E R

The notice of appeal in this case was filed April 4, 2014. The clerk's record was filed April 17, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence for this appeal has been filed. *See* Tex. R. App. P. 20.1(c)(1) (stating the prior filing of an affidavit of indigence in the trial court does not satisfy Rule 20.1, which requires a separate affidavit and proof of current indigence). Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **May 23, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM